UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cr-00031-MOC-WCM
3:23-cr-00107-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JEREMY MARQUIS JEFFERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motions to Reduce Sentence Pursuant to Amendment 821 of the United States Sentencing Guidelines. (1:16-cr-0031, Doc. No. 94; 3:23-cr-00107, Doc. No. 11). The Court will require the Government to respond to Defendant's motion for sentence reduction under Amendment 821 because it appears that Defendant was assessed two criminal history points for committing the instant offense while under a criminal justice sentence. (1:16-cr-0031: Doc. No. 57). Under Part A of Amendment 821, Defendant may not have been assessed those two additional criminal history points.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL** respond to Defendant's pro se motions to reduce sentence (1:16-cr-0031, Doc. No. 94; 3:23-cr-00107, Doc. No. 11) within 30 days of the entry of this order.

Signed: May 29, 2024

Max O. Cogburn Jr.
United States District Judge